# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LINDA FANNIN,

        Plaintiff,

-vs-                                  Case No.  8:05-cv-2303-T-27TBM

LEMCKO FLORIDA, INC., d/b/a Seven Hills
Golfers Club, a Florida Corporation,

        Defendant.
_____/

# JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

      Judgment is entered in favor of Defendant.

Date:   January 8, 2007

                       SHERYL L. LOESCH, CLERK

                       By:_/s/ C. Ayers_____
                            C. Ayers, Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties